NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KENDRICK BUTLER, DC# R58650,   )
             )
     Appellant,         )
             )
v.                 )     Case No. 2D17-3821
             )
STATE OF FLORIDA,       )
             )
     Appellee.          )
_____)

Opinion filed February 21, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Nancy Moate Ley, Judge.

Kendrick Butler, pro se.

PER CURIAM.

        Affirmed.

KELLY, LUCAS, and KHOUZAM, JJ., Concur.